# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRYSTINA OGDEN o/b/o K.M.R.<br><br>*Plaintiff,*<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION<br><br>*Defendant.* | CIVIL ACTION<br>NO. 16-00805 |

## ORDER

AND NOW, this 5th day of March, 2018, upon consideration of the brief and statement of issues in support of request for review by plaintiff Chrystina Ogden, o/b/o K.M.R. (ECF No. 17), defendant's response (ECF No. 18), plaintiff's reply (ECF No. 22), the Report and Recommendation of Magistrate Judge Hart (ECF No. 23), plaintiff's objections to the Report and Recommendation (ECF No. 24), and the administrative record (ECF No. 13) and for the reasons set forth in the accompanying Memorandum it is ORDERED that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's objections to the Report and Recommendation are **OVERRULED**;

3. Plaintiff's Request for Review is **DENIED**;

4. The decision of the Commissioner of Social Security is **AFFIRMED** and **JUDGMENT** is entered in favor of defendant; and

5. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.